WILLIAM F. MORGAN, Respondent, *v.* CATHARINE TAYLOR,
Appellant, et al.

(Argued June 17, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Court of
Common Pleas of the city and county of New York, entered
upon an order made June 17, 1889, which modified, and
affirmed as modified, a judgment in favor of plaintiff entered
upon the report of a referee.

*T. B. Wakeman* for appellant.

*B. C. Chetwood* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.